COMMUNITY LAW PROJECT
Scot Eliot, OSB# 004275
420 SW Washington Street, Ste 400
Portland, OR 97204
503-208-4079
503-662-7278 (fax)
scot@communitylawproject.org
Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF OREGON

| | |
|---|---|
| In Re:<br>Dmitriy S Zasyatkin,<br><br>DEBTOR. | CASE NO: 18-34380-dwh7<br><br>Motion to Extend Time to Pay Final Installment Payment |

Debtor, through debtor's attorney, moves the court for an order allowing thirty (30) additional days to pay the final installment due March 18, 2019. Upon approval of this motion the final installment payment shall be due April 17, 2019.

Respectfully Submitted,

March 18, 2019:

        /s/ Scot Eliot
        Scot Eliot, OSB# 004275

I hereby certify that I served this motion on the Trustee and U.S. Trustee via ECF on March 18, 2019.